UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | CRIMINAL NO. 13-10158-NMG |
| HAMSET ALMONTE<br>  a/k/a "Nueve, | ) ) ) ) | |
|   Defendant. | ) ) | |

GOVERNMENT'S RESPONSE TO COURT ORDER

On July 23, 2013, this Court held a detention and evidentiary hearing in the above-captioned case relating to Hamset Almonte ("ALMONTE"). At the close of the hearing, the Court asked the government to speak with the Boston authorities regarding a pending case in Roxbury District Court against Alexis Fernandez, which is an alias used by ALMONTE. See Docket No. 85. In this case, Roxbury District Court Docket No. 0802CR001479A, ALMONTE is charged with reckless operation of a motor vehicle.

On October 2, 2013, the government contacted the Suffolk County District Attorney's Office at Roxbury District Court. The government confirmed that there is an outstanding straight warrant issued by the Roxbury District Court under the name Alexis Fernandez. (During the evidentiary hearing, the government introduced into evidence a copy of a Massachusetts driver's license under the name Alexis Fernandez with an accompanying photograph of ALMONTE.) In the event that ALMONTE is released from federal custody, it is likely that he will be transported to Roxbury District

Court for arraignment on the pending charge.  It is unlikely that the Commonwealth will move to detain ALMONTE.

                                          CARMEN M. ORTIZ
                                          United States Attorney

                    By:    /s/ Linda M. Ricci
                                          Linda M. Ricci
                                          Assistant U.S. Attorney

Dated:   October 3, 3013

## CERTIFICATE OF SERVICE

     I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                          /s/ Linda M. Ricci
                                          LINDA M. RICCI
                                          Assistant U.S. Attorney

Dated:   October 3, 2013